# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
ACI-SCC JV )   ASBCA Nos. 58222, 58282, 58283
)                58367, 58370, 58581
Under Contract Nos. W5J9JE-10-D-0017 )
W5J9LE-11-C-0001 )

APPEARANCES FOR THE APPELLANT:      Dirk Haire, Esq.
                                     Jessica Haire, Esq.
                                     Sean Milani, Esq.
                                       Fox Rothschild LLP
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                       Engineer Chief Trial Attorney
                                     James D. Stephens, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Middle East
                                       Winchester, VA

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 19 April 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58222, 58282, 58283, 58367, 58370, 58581, Appeals of ACI-SCC JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals